```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
SYLINIA JACKSON, *On Behalf of Herself and All Other* :
*Persons Similarly Situated*, :
: 1:22-cv-6947-GHW
                               Plaintiff, :
: ORDER
               -against- :
:
MERCER ADVISORS INC., :
:
                              Defendant. :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

    The Court has scheduled an initial pre-trial conference in this case to take place on **November 30, 2022** at **4:00 p.m.** by separate order to be entered today. That conference will take place in Courtroom 12C, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. Counsel for the parties, Plaintiff, and a representative for Defendant are ordered to attend that conference in person.

    SO ORDERED.

Dated: August 16, 2022
New York, New York

                                                        GREGORY H. WOODS
                                             United States District Judge