USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2022

# GOTTLIEB & ASSOCIATES
## ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

November 14, 2022

**MEMORANDUM ENDORSED**

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     *Jackson v. Mercer Advisors Inc.,*
        Case No.: 1:22-cv-6947

Dear Judge Woods,

The undersigned represents Sylinia Jackson ("Plaintiff") in the above referenced matter against Defendant, Mercer Advisors Inc., ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for November 30, 2022 at 4:00 PM  (Dkt. 6) be adjourned for 60 days because Counsel for Defendant has not yet answered or appeared in this action. Additionally, the undersigned respectfully requests that the time for Defendant, to answer, move or otherwise respond to Plaintiff's Complaint be extended until Friday, January 13, 2023, so that the Defendant has the opportunity to appear and defend themselves in this Action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an extension.

We thank the Court for its time and attention in this matter.

Respectfully submitted,

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

cc: All counsel of record via ECF

Application granted in part.  Plaintiff's request to adjourn the initial pretrial conference, Dkt. No. 11, is granted.  The initial pretrial conference scheduled for November 30, 2022 is adjourned to February 6, 2023 at 4:00 p.m.  The joint status letter and proposed case management plan described in the Court's August 16, 2022 order are due no later than January 30, 2023.  However, Plaintiff's request to extend Defendant's time to answer or otherwise respond to the complaint is denied.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 11.
**SO ORDERED.**

**Dated:** November 15, 2022
New York, New York

GREGORY H. WOODS
United States District Judge